## SOUTHERN RY. CO. V. HUMPHRIES.

### *Damages.*

(Decided April 11, 1907.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, Judge.

KNOX, ACKER & BLACKMON, for appellant.

R. Y. STREET, for appellee.

Per Curiam.—Dismissed by agreement of parties.